UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-3167 DMG (MRWx) | Date | August 22, 2012 |
|---|---|---|---|
| Title | Najera v. County of Los Angeles | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica McKamie | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| n/a | | n/a |

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE RE: SANCTIONS

In anticipation of the settlement conference in this civil action, the Court spoke by telephone with the parties and issued a detailed order with its expectations regarding the parties' pre-conference preparation. That order specifically instructed the parties to "attempt in good faith to resolve the case before the settlement conference" and to "meet by telephone, e-mail, or traditional letter to reasonably discuss settlement of the matter" no later than two weeks before the conference. (Docket # 16 at 2.) The Court affirmatively warned the parties that failure to participate in those pre-conference negotiations would "be a basis for assessing sanctions on counsel." (Id.)

The Court received and reviewed both parties' pre-conference letters regarding the status of the action. Without divulging the contents of the letters, it is apparent to the Court that the lawyers have not substantively discussed settlement at all with each other.

Therefore, it is ORDERED that counsel for the parties must show cause why they should not be sanctioned in a significant amount to be determined by the Court. The Court will conduct a hearing on the OSC at the beginning of the settlement conference on August 29 in the presence of the parties' clients. However, the lawyers may discharge the need for a sanctions hearing if they engage in the required face-to-face or telephonic settlement discussions and submit a report regarding those discussions by Monday, August 27, at noon.