JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF JONATHAN NAJERA, ANTONIA NAJERA AND ALFREDO NAJERA,<br><br>  Plaintiffs,<br><br>  v.<br><br>COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFF, et al.,<br><br>  Defendants. | CASE NO. CV 12-03167-DMG (MRWx)<br><br>[PROPOSED] JUDGMENT IN FAVOR OF THE ESTATE OF JONATHAN NAJERA, ANTONIA NAJERA, AND ALFREDO NAJERA PURSUANT FED.R.CIV.P. RULE 68 |

  WHEREAS, on January 10, 2013, pursuant to Federal Rules of Civil Procedure, Rule 68, Defendants made an Offer that Judgment be entered in favor of each Plaintiff as follows:

- In favor of THE ESTATE OF JONATHAN NAJERA and against Defendant COUNTY OF LOS ANGELES only, in the sum of Twenty Thousand Dollars ($20,000.00), plus reasonable attorneys' fees and costs incurred prior to the date of this offer, as determined by the Court in accordance with 42 U.S.C. § 1988;

- In favor of ANTONIA NAJERA and against Defendant COUNTY OF LOS ANGELES <u>only</u>, in the sum of Two Hundred and Forty Thousand Dollars ($240,000.00), plus reasonable attorneys' fees and costs incurred prior to the date of this offer, as determined by the Court in accordance with 42 U.S.C. § 1988; and,

- In favor of ALFREDO NAJERA and against Defendant COUNTY OF LOS ANGELES <u>only</u>, in the sum of Two Hundred and Forty Thousand Dollars ($240,000.00), plus reasonable attorneys' fees and costs incurred prior to the date of this offer, as determined by the Court in accordance with 42 U.S.C. § 1988.

This Judgment offer is in exchange for a complete dismissal with prejudice of all causes of action against all Defendants and any and all of their officers, agents, or employees contemplated in this action.

WHEREAS, on January 17, 2013, Plaintiffs THE ESTATE OF JONATHAN NAJERA, ANTONIA NAJERA, and ALFREDO NAJERA served their respective Acceptance of Offer of Judgment by County of Los Angeles to Defendants' counsel Catherine M. Mathers, COLLINS COLLINS MUIR + STEWART LLP.

**NOW, IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

1. That Plaintiff THE ESTATE OF JONATHAN NAJERA shall take Judgment against Defendant COUNTY OF LOS ANGELES <u>only</u>, in the sum of Twenty Thousand Dollars ($20,000.00);

2. That Plaintiff ANTONIA NAJERA shall take Judgment against Defendant COUNTY OF LOS ANGELES <u>only</u>, in the sum of Two Hundred and Forty Thousand Dollars ($240,000.00);

3. That Plaintiff ALFREDO NAJERA shall take Judgment against Defendant COUNTY OF LOS ANGELES <u>only</u>, in the sum of Two Hundred and Forty

Thousand Dollars ($240,000.00);

4. That Plaintiffs' counsels shall be awarded reasonable attorneys' fees and costs incurred prior to the date of the January 10, 2013 offer, as determined by the Court in accordance with 42 U.S.C. § 1988;

5. That Plaintiffs' counsels shall submit a Petition for attorneys' fees and costs pursuant to 42 U.S.C. § 1988 within 30 days of entry of this Judgment; and,

6. That Plaintiffs shall submit a complete dismissal with prejudice of all causes of action against all Defendants and any and all of their officers, agents, or employees contemplated in this action.

Dated: January 25, 2013   _____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE