# UNITED STATES DISTRICT COURT
## Central District of California

## NOTICE OF APPLICATION TO THE CLERK TO TAX COSTS AND
## PROPOSED BILL OF COSTS

Estate of Jonathan Najera, et al

V.

County of Los Angeles, et al

Case Number: CV 12-03167 - DMG - MRW

---

Judgment having been entered in this action on ___January 25, 2013___ against ___Defendant, County of Los Angeles___,
<br>Date

the Clerk is requested to tax the following as costs at ___9:00 a.m.___ on ___March 29, 2013___ :
<br>Date

| | |
|---|---:|
| Filing fees: see L.R. 54-3.1 . . . . . . . . . . . . . . . . . . . . | $350.00 |
| Fees for service of process: see L.R. 54-3.2 . . . . . . . . . . . . . . | $130.00 |
| United States Marshal's fees: see L.R. 54-3.3 . . . . . . . . . . . . . | |
| Reporter's transcripts: see L.R. 54-3.4 . . . . . . . . . . . . . . . | $15.00 |
| Depositions: see L.R. 54-3.5 . . . . . . . . . . . . . . . . . . . | |
| Witness fees (itemize on page 2): see L.R. 54-3.6 . . . . . . . . . . . | |
| Interpreter's and translator's fees: see L.R. 54-3.7 . . . . . . . . . . | |
| Docket fees: see L.R. 54-3.8 . . . . . . . . . . . . . . . . . . . | |
| Masters, commissioners and receivers: see L.R. 54-3.9 . . . . . . . . . | |
| Certification, exemplification and reproduction of documents: see L.R. 54-3.10 . . . . . . | |
| Premiums on bonds and undertakings: see L.R. 54-3.11 . . . . . . . . . | |
| Other Costs: see L.R. 54-3.12 . . . . . . . . . . . . . . . . . . | |
| State Court costs: see L.R, 54-3.13 . . . . . . . . . . . . . . . . | |
| Costs on appeal: see L.R. 54-4 . . . . . . . . . . . . . . . . . . | |
| Cost of a bankruptcy appeal to the District Court: see L.R. 54-5 . . . . . . | |
| Other (please itemize) SEE ATTACHMENT A - Per Judgement, costs accordintg to 42 U.S.C. §1988 | $1,752.65 |
| **TOTAL** | $2,247.65 |

**NOTE TO PARTIES SUBMITTING BILL OF COSTS:** You must attach an itemization and documentation supporting all requested fees and costs. Documentation includes receipts, orders, and stipulations. All receipts must be self-explanatory.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

[✓] Electronic service by e-mail as set forth below and/or

[ ] Conventional service by first class mail, postage prepaid as set forth below

_Signature_              Print Name    SONIA M. MERCADO

Costs are taxed in the amount of _____

Clerk of Court _____ By: _____
<br>Deputy Clerk           Date

Najera, et al  v LASD - - SMM Timekeeper

| | Hrs/Rate | Amount |
|---|---|---|
| review documents and prepare FAC file hard copy court clerk .3; request Ms. Mathers grant extension .1; e-mail from Ms. Mathers granting extension discovery .1. | | |
| 1/17/2013 Finalize and serve defendants by mail Alfredo Najera's acceptance of Offer of Judgment by COLA to the Estate of Jonathan Najera .4 N/C. | 770.00/hr | NO CHARGE |
| Fax to Ms. Mathers re: Alfredo Najera's acceptance of Offer of Judgment by COLA and acceptance of Offer of Judgment by COLA to the Estate of Jonathan .2 N/C. | 770.00/hr | NO CHARGE |
| For professional services rendered | 271.00 | $208,670.00 |

Additional Charges :

| | | |
|---|---|---|
| 3/30/2011 | Research re: Sup. Court re Jonathan Najera criminal record. | 4.75 |
| 4/29/2011 | Expert Consultant Fee: | 1,000.00 |
| 5/23/2011 | L.A. Records Service: Jonathan Najera's med records. | 215.93 |
| 12/12/2011 | Transcript Cost: plea hearing for Jonathan Najera 1.0. | 15.00 |
| 1/14/2012 | Parking & Travel: Motion to compel mileage $12.70; parking $8.00. | 20.70 |
| 4/2/2012 | Parking & Travel: RSP crim preliminary hearing continued mileage $12.70; parking $10.00. | 22.70 |
| 4/11/2012 | Court Fees: filing Complaint. | 350.00 |
| | Courier: file summons and complaint & docs. | 35.00 |
| 4/30/2012 | Parking & Travel: RSP crim preliminary hearing continued mileage $12.70; parking $10.00. | 22.70 |
| 5/1/2012 | Parking & Travel: RSP crim preliminary hearing mileage $12.70; parking $10.00. | 22.70 |
| 5/3/2012 | Parking & Travel: RSP crim preliminary hearing mileage $12.70; parking $10.00. | 22.70 |
| | Service Fee: service of LASD $35.00; COLA $35.00; and Baca $60. | 130.00 |
| 5/4/2012 | Parking & Travel: RSP crim preliminary hearing mileage $12.70; parking $10.00. | 22.70 |
| 5/7/2012 | Parking & Travel: RSP crim preliminary hearing mileage $12.70; parking $10.00. | 22.70 |
| 5/17/2012 | Copying cost: FedEx/Kinkos copying. | 11.97 |
| 6/9/2012 | Courier: courtesy copy Judge Gee Rule 26 Joint Rpt. | 30.00 |
| 6/22/2012 | Parking & Travel: Stat conference mileage $12.70; parking $8.00. | 20.70 |

ATTACHMENT A

Najera, et al  v LASD - - SMM Timekeeper

Page   26

| | | Amount |
|---|---|---|
| 8/13/2012 | Parking & Travel: plaintiff's depo in Pasadena $19.50; parking $0.00. | 19.50 |
| 8/23/2012 | Courier: courtesy copy Judge Wilner Plnts' Settlement Brief. | 30.00 |
| 8/29/2012 | Parking & Travel: Settlement conference mileage $12.70; parking $8.00. | 20.70 |
| 9/27/2012 | Postage: special mailing to Alfredo Najera. | 1.30 |
| 10/16/2012 | Courier: Courtesy copy Judge Wilner mtn to compel. | 30.00 |
| 10/17/2012 | Postage: special mailing to Alfredo Najera. | 5.20 |
| 10/24/2012 | Courier: Courtesy copy Judge Wilner Plts' notice of manual filing Defendant's Exhibits re Motion Compel. | 30.00 |
| 10/25/2012 | Courier: Courtesy copy Judge Wilner plaintiff supp memorandum. | 30.00 |
| 10/26/2012 | Courier: Courtesy copy Judge Gee Plnts' notice of manual filing affidavits Ex Parte. | 30.00 |
| 10/31/2012 | Courier: Courtesy copy Judge Gee joint stipulation to extend Doe. | 30.00 |
| 11/3/2012 | Courier: Courtesy copy Judge Wilner joint request to continue mtn hearing. | 30.00 |
| 12/12/2012 | Courier: Courtesy copy Judge Wilner plaintiff's Response to declaration re: Dyer and Williams. | 30.00 |
| 12/17/2012 | Parking & Travel: SMM jail inspection mileage $12.70; parking $8.00. | 20.70 |

*delete* (handwritten note next to 12/12/2012 line) — *delet por 30.00* (handwritten note in amount column)

| | Amount |
|---|---|
| Total additional charges | $2,277.65 |
| Total amount of this bill | 2,249.65 (handwritten) / $210,947.65 |
| Balance due | $210,947.65 |

*to*
2.5.13

**LA** @ **COURT** ONLINE

# Index of Defendants in Criminal Cases
## Receipt (Los Angeles Superior Court)

( Help )

Your credit card statement will reflect a charge from L.A. Superior Court. Your receipt number is **1110330C8859**. The actual amount charged is indicated below.

Click on the "Print this Page" button to print a copy for your records.

After printing, click on the "Continue" button to proceed.

| Index of Defendants in Criminal Cases | Amount |
| --- | --- |
| NAJERA, JONATHAN | $4.75 |
| **Total:** | **$4.75** |

*Cost*

| | |
| --- | --- |
| **Transaction Date:** | 03/30/2011 12:54:19 |
| **Credit Card Number:** | ...8730 |
| **Credit Card Type:** | MasterCard |

**Bill to:**     Mercado, Sonia
5618 sherbourne drive
los angeles, CA 90056

[ Print this page ]     [ Continue ]

*Research*

https://www.lasuperiorcourt.org/onlineservices/paCommerce/ValidatePassword.aspx?displ...  3/30/2011

===== MARINA DEL REY =====
MARINA DEL REY
4766 ADMIRALTY WAY
MARINA DEL REY, CA 90292-9998

09/27/2012                04:44:52 PM
=====================================

Product        Sales Receipt
                Sale   Unit    Final
Description     Qty    Price   Price
-------------------------------------
WINNETKA, CA 91306                $1.30
Zone-1 First-Class Mail®
Large Envelope
0 lb. 2.60 oz.
                                ========
Issue Postage:                    $1.30

                                ========
Total:                            $1.30

Paid by:
MasterCard
Account #:     XXXXXXXXXXXX3063
Approval #:    21784P
Transaction #: 050
23-902200245-99

APC Transaction #:     25
USPS® #                058110-9551

          Thanks.
    It's a pleasure to serve you.

ALL SALES FINAL ON STAMPS AND POSTAGE.
REFUNDS FOR GUARANTEED SERVICES ONLY.

Coots
Announced

Marian
9/27/12
$1.30

√10
2.5

√10
2.5.13

Carlos Najera Sam

12/#/12 2811 - LA. S. Ct. advanced costs
to Court reporter for receipt
of tin plea hearing for Johnathan
Najera $ 15.00 for
M645

| TO: SMM | FROM: RSP | FILE NO: A392 | COST: $22.70 | DATE: 4/2/12 |
|---------|-----------|---------------|--------------|--------------|
| RE: | | **INVOICE: TRAVEL & MILEAGE** | | |

TRAVEL TO: CRIM PRELIM HEARING

PARKING: $10.00

MILEAGE: $12.70

# Roger A. Clark

## Police Procedures Consultant, Inc.

10207 Molino Road. Santee, CA 92071
Phone: (208) 351-2458, Fax: (619) 258-0045
rclark9314@aol.com

April 29, 2011

Ms. Sonia Mercado, Attorney At Law
5711 W.Slauson Ave., Suite 100
Culver City, California 90230

*Regarding: Najera v. Baca, et al (Jonathan Najera jail death)*

My billing on the above listed case is as follows:

      Consultations, on April 29, 2011: .............................................$1,000.00

Please feel free to contact me for any further details you may require. My Federal Tax ID Number is **72-1576857.**

Sincerely,

Roger A. Clark

Page 1 of 1

1   Mark Pachowicz (SBN 138108)
   **LAW OFFICES OF MARK PACHOWICZ**
2   **A Professional Corporation**
   771 E. Daily Drive, Suite 230
3   Camarillo, CA 93010
   805-987-4975
4   Mark@Pachowicz.com
   Attorneys for Plaintiffs Estate of
5   Jonathan Najera and Antonia Najera

6   Sonia M. Mercado (SBN: 117069)
   **SONIA MERCADO & ASSOCIATES**
7   5711 W. Slauson Avenue, Suite 100
   Culver City, California 90230
8   Telephone: 310.410.2981
   Facsimile: 310.410.2957
9   Soniamer2002@yahoo.com
   Attorneys for Plaintiff Alfredo Najera

*filing fee $350 pm*

10

11          UNITED STATES DISTRICT COURT

12         CENTRAL DISTRICT OF CALIFORNIA

13

14   ESTATE OF JONATHAN NAJERA,   )  CASE NO.: CV12-03167DMG(MRWx)
   by and through Antonia Najera,     )
15   ANTONIA NAJERA AND ALFREDO )
   NAJERA,                      )  **COMPLAINT FOR DAMAGES:**
16                                )
              Plaintiffs,    )  **1) Violation of Civil Rights Causing**
17                            )  **Injury;**
                               )
18         v.                    )  **2) Policy, Custom or Practice Causing**
                               )  **Constitutional Violation;**
19   COUNTY OF LOS ANGELES, LOS  )
   ANGELES COUNTY SHERIFF'S    )  **3) Failure to Train, Supervise,**
20   DEPARTMENT, AND IN THEIR    )  **Causing Constitutional Violation; and,**
   PERSONAL CAPACITY SHERIFF   )
21   LEROY BACA, AND DOES 1      )  **4.) Negligence.**
   THROUGH 10, INCLUSIVE,      )
22              Defendants.    )
                               )  **DEMAND FOR JURY TRIAL**
23 _____)

24

25   Plaintiffs jointly allege as follows:

26                   **JURISDICTION**

27   1.    This is a civil rights wrongful death/survival action arising from Defendants'

28       failure to provide for prisoner-Decedent's reasonable security, and failure to

      comply with court orders and other legal obligations occurring in Los Angeles

| TO: SMM | FROM: SMM | FILE NO: A392 | COST: $35.00 | DATE: 4-11-12 |
|---------|-----------|----------------|--------------|----------------|
| RE: | INVOICE: COURIER | | | |

DELIVERY:

    ITEM: FILING COMPLAINT & DOCS AND RETURNING DOCS TO OFFICE

| TO: SMM | FROM: RSP | FILE NO: A392 | COST: $22.70 | DATE: 4/30/12 |
|---------|-----------|----------------|--------------|---------------|
| RE: | INVOICE: TRAVEL & MILEAGE | | | |

TRAVEL TO: CRIM PRELIM HEARING

PARKING: $10.00

MILEAGE: $12.70

posted

| TO: SMM | FROM: RSP | FILE NO:    A392 | COST: $22.70 | DATE: 5/1/12 |
|---|---|---|---|---|
| RE: | INVOICE: TRAVEL & MILEAGE | | | |

TRAVEL TO: CRIM PRELIM HEARING

PARKING: $10.00

MILEAGE: $12.70

Ruben Arroyo
14205 Beaver Street,
Sylmar, California 91342
Tel: 818.468.3306

INVOICE FOR MESSENGER/PROCESS SERVICE

CASE: NAJERA v LASD et al.,
Documents, Complaint Package,

Date   5/1/201      Service of Los County Sheriff's Dept.        $35.00
                    Service of County of Los Angeles            $35.00

                    Service of Sheriff Leroy Baca               $60.00

Total Billing for Delivery Service                              $130.00

Submitted:  May 3, 2012

Paid
CK 1530
5·17·2012

/

| TO: SMM | FROM: RSP | FILE NO: A392 | COST: $22.70 | DATE: 5/3/12 |
|---------|-----------|---------------|--------------|--------------|
| RE: | INVOICE: TRAVEL & MILEAGE | | | |

TRAVEL TO: CRIM PRELIM HEARING

PARKING: $10.00

MILEAGE: $12.70

| TO: SMM | FROM: RSP | FILE NO: A392 | COST: $22.70 | DATE: 5/4/12 |
|---------|-----------|---------------|--------------|--------------|
| RE: | INVOICE: TRAVEL & MILEAGE | | | |

TRAVEL TO: CRIM PRELIM HEARING

  PARKING: $10.00

  MILEAGE: $12.70

| TO: SMM | FROM: RSP | FILE NO:   A392 | COST: $22.70 | DATE: 5/7/12 |
|---------|-----------|-----------------|--------------|--------------|
| RE:     | INVOICE: TRAVEL & MILEAGE | | | |

TRAVEL TO: CRIM PRELIM HEARING

    PARKING: $10.00

    MILEAGE: $12.70

*posted* ✓

# Los Angeles Records Service

*4141 Ball Road, Suite 161*
*Cypress, CA 90630*
*(714) 828-5679  Fax# (714)952-8368*

# *Invoice*

| DATE | INVOICE # |
|------|-----------|
| 5/23/2011 | 40795 |

BILL TO

SONIA MERCADO & ASSOCIATES
5711 W. SLAUSON AVE. # 100
CULVER CITY, CALIFORNIA 90230

RE:    JONATHAN F. NAJERA

NO:

D/I:

| TERMS |
|-------|
| Net 30 |

| DESCRIPTION | QUANTITY | AMOUNT |
|-------------|----------|--------|
| CERTIFIED COPIES: | | |
| LOS ANGELES COUNTY SHERIFFS DEPARTMENT (195) | | 118.25T |
| SUBTOTAL | | 118.25 |
| FEES DEMANDED | | 78.00 |
| CHECK FEES | | 1.75 |
| SHIPPING | | 6.40 |
| Sales Tax | | 11.53 |

| | **Total** | $215.93 |
|---|-----------|---------|

Thank you for your business.  All records are stored in
digital form or on microfilm for five years.
TAX ID# NO. 45-0702572

| TO: SMM | FROM: A0 | FILE NO: A392 | COST: $30.00 | DATE: 6/9/12 |
|---------|----------|---------------|--------------|---------------|
| RE: | INVOICE: COURIER | | | |

DELIVERY COURTESY COPY TO: JUDGE GEE

ITEM: RULE 26 JOINT REPORT



| TO: SMM | FROM: SMM | FILE NO: A392 | COST: $20.70 | DATE: 6-22-12 |
|---------|-----------|---------------|--------------|---------------|
| RE: | INVOICE: TRAVEL & MILEAGE | | | |

TRAVEL TO: STATUS CONFERENCE

    PARKING: $8.00

    MILEAGE: $12.70

# Janney & Janney attorney service, inc.

IRS # 95-3267524    www.janneyandjanney.com

Ph: (213) 628-6338   Process Fax: (213) 483-2576   Court Fax: (213) 413-8024

SONIA MERCADO & ASSOCIATES
5711 W. SLAUSON AVE., SUITE 100
CULVER CITY, CA 90230
Attn: ACCOUNTS PAYABLE
Route # NR
Phone: (213) 683-5313   Fax:

| Statement Date | Customer Code |
|---|---|
| 06/29/2012 | 8964 |

CODES: I IS INVOICE, P IS PARTIAL PAYMENT

## Payments Received this Billing Period

| Invoice | Date | Code | Description | File Number | Amount | Balance |
|---|---|---|---|---|---|---|

## Outstanding Invoices & Partial Payments

| Invoice | Date | Code | Description | File Number | Amount | Balance |
|---|---|---|---|---|---|---|
| C882949-01 | 06/20/2012 | I | ESTATE OF JONATHAN NAJERA/ COUNTY OF LOS ANGELES | | 30.00 | 30.00 |
| C882951-01 | 06/20/2012 | I | PLEASE DELIVER COURTESY-COPY TO JUDGE DOLLY GEE CHAMBERS | | 30.00 | 60.00 |
| C883539-01 | 06/22/2012 | I | | | 36.50 | 96.50 |

| Current | OVER 30 Days | OVER 60 Days | OVER 90 Days |
|---|---|---|---|
| 96.50 | .00 | .00 | .00 |

### PAY THIS AMOUNT

## Janney & Janney attorney service, inc.

1545 Wilshire Blvd.
Suite 311
Los Angeles, CA 90017
www.janneyandjanney.com

RETURN THIS PORTION WITH YOUR PAYMENT

SONIA MERCADO & A...

| Statement Date | Customer Code |
|---|---|
| 06/29/2012 | 8964 |

CHECK ITEMS PAID IN PAY BOX

| Invoice | Code | Amount | P |
|---|---|---|---|
| C882949-01 | I | 30.00 | |
| C882951-01 | I | 30.00 | |
| C883539-01 | I | 36.50 | |

Total Due: $96.50

Thank You For Your Payment

TERMS: INVOICE DUE AND PAYABLE UPON RECEIPT. ACCOUNTS MORE THAN 30 DAYS PAST DUE SUBJECT TO SERVICE CHARGE OF 1.5% PER MONTH (18% APR)

| TO: SMM | FROM: SMM | FILE NO:    A392 | COST: $19.50 | DATE: 8-13-12 |
|---|---|---|---|---|
| RE: | INVOICE: TRAVEL & MILEAGE | | | |

TRAVEL TO: PLAINTIFFS' DEPOSITIONS

    PARKING: -0-

    MILEAGE: $19.50

*Posted*

### *SONIA MERCADO* **& ASSOCIATES**
### M E M O R A N D U M

| TO: SMM | FROM: A0 | FILE NO: A392 | COST: $30.00 | DATE: 8-23-12 |
|---------|----------|---------------|--------------|---------------|
| RE: | INVOICE: COURIER | | | |

DELIVERY COURTESY COPY TO: JUDGE WILNER

ITEM: DELIVERY SETTLEMENT BRIEF



| TO: SMM | FROM: SMM | FILE NO: A392 | COST: $20.70 | DATE: 8/29/12 |
|---------|-----------|---------------|--------------|---------------|
| RE: | INVOICE: TRAVEL & MILEAGE | | | |

TRAVEL TO: SETTLEMENT CONF.

PARKING: $8.00

MILEAGE: $12.70

## SONIA MERCADO & ASSOCIATES
## M E M O R A N D U M

| TO: SMM | FROM: A0 | FILE NO: A392 | COST: $30.00 | DATE: 10-16-12 |
|---------|----------|---------------|--------------|----------------|
| RE: | INVOICE: COURIER | | | |

DELIVERY COURTESY COPY TO: JUDGE WILNER

ITEM: MOTION TO COMPEL

| TO: SMM | FROM: A0 | FILE NO: A392 | COST: $30.00 | DATE: 10-24-12 |
|---------|----------|---------------|--------------|----------------|
| RE: | INVOICE: COURIER | | | |

DELIVERY COURTESY COPY TO: JUDGE WILNER

ITEM: NOTICE OF MANUAL FILING AND MANUAL FILING

| TO: SMM | FROM: A0 | FILE NO: A392 | COST: $30.00 | DATE: 10-25-12 |
|---------|----------|---------------|--------------|----------------|
| RE: | INVOICE: COURIER | | | |

DELIVERY COURTESY COPY TO: JUDGE WILNER

ITEM: PLNT'S SUPP MEMORANDUM

*Posted*

| TO: SMM | FROM:  A0 | FILE NO:    A392 | COST: $30.00 | DATE: 10-26-2012 |
|---------|-----------|------------------|--------------|------------------|
| RE:     | INVOICE: COURIER | | | |

DELIVERY COURTESY COPY TO: JUDGE GEE

ITEM: NOTICE MANUAL FILING AFFIDAVIT



# Janney & Janney attorney service, inc.

1545 Wilshire Blvd.
Suite 311
Los Angeles, CA 90017
www.janneyandjanney.com

Ph: (213) 628-6338  Process Fax: (213) 483-2576  Court Fax: (213) 413-8024

IRS # 95-3267524  www.janneyandjanney.com

| Statement Date |
|---|
| 10/30/2012 |

| Customer Code |
|---|
| 8964 |

SONIA MERCADO & ASSOCIATES
5711 W. SLAUSON AVE., SUITE 100
CULVER CITY, CA 90230
Attn: ACCOUNTS PAYABLE
Route # NR
Phone: (213) 683-5313  Fax:

CODES: I IS INVOICE, P IS PARTIAL PAYMENT

| Check Number | Date | Code | Description | File Number | Amount |
|---|---|---|---|---|---|
| | | | **Payments Received this Billing Period** | | |
| CK1556 | 10/18/2012 | | Payment received | | -75.00 |

| Invoice | Date | Code | Description | File Number | Amount | Balance |
|---|---|---|---|---|---|---|
| | | | **Outstanding Invoices & Partial Payments** | | | |
| C21025105300-01 | 10/26/2012 | I | NAJERA / COUNTY OF LOS ANGELES 10/25/12 DELIVER BEFORE NOON COURTESY COPY OF DOCUMENT TO ... | | 30.00 | 30.00 |

*Paid Ck 1567*

**PAY THIS AMOUNT**

| Current | OVER 30 Days | OVER 60 Days | OVER 90 Days |
|---|---|---|---|
| 30.00 | .00 | .00 | .00 |

TERMS: INVOICE DUE AND PAYABLE UPON RECEIPT.  ACCOUNTS MORE THAN 30 DAYS PAST DUE SUBJECT TO SERVICE CHARGE OF 1.5% PER MONTH (18% APR)

---

# Janney & Janney attorney service, inc.

1545 Wilshire Blvd.
Suite 311
Los Angeles, CA 90017
www.janneyandjanney.com

RETURN THIS PORTION WITH YOUR PAYMENT

SONIA MERCADO & A...

| Statement Date | Customer Co... |
|---|---|
| 10/30/2012 | 8964 |

CHECK ITEMS PAID IN PAY BOX

| Invoice | Code | Amount |
|---|---|---|
| C21025105300-01 | | 30.00 |

| Total Due: | $30.00 |
|---|---|

Thank You For Your Payment

| TO: SMM | FROM: A0 | FILE NO: A392 | COST: $30.00 | DATE: 10-31-2012 |
|---------|----------|---------------|--------------|-------------------|
| RE: | INVOICE: COURIER | | | |

DELIVERY COURTESY COPY TO: JUDGE GEE

    ITEM: JNT STIP EXTEND DOE AMENDMENT

## SONIA MERCADO & ASSOCIATES
## MEMORANDUM

| TO: SMM | FROM: A0 | FILE NO: A392 | COST: $30.00 | DATE: 11-3-12 |
|---------|----------|---------------|--------------|---------------|
| RE: | INVOICE: COURIER | | | |

DELIVERY COURTESY COPY TO: JUDGE WILNER

ITEM: JNT STIP REQUEST CONT. MTN HEARING DATE

*Posted*

| TO: SMM | FROM: SMM | FILE NO: A392 | COST: $20.70 | DATE: 12-17-12 |
|---|---|---|---|---|
| RE: | INVOICE: TRAVEL & MILEAGE | | | |

TRAVEL TO: JAIL INSPECTION

    PARKING: $8.00

    MILEAGE: $12.70

**190423**

PARAGON PARKING, INC.

MAKE _____ LIC. _____

COLOR _____ LOC. _____

---

# 190423

PARAGON PARKING, INC.
225 SOUTH LOS ANGELES ST.

---

**190785**

PARAGON PARKING, INC.

MAKE _____ LIC. _____

COLOR _____ LOC. _____

---

# 190785

PARAGON PARKING, INC.
225 SOUTH LOS ANGELES ST.

---

**190541**

PARAGON PARKING, INC.

MAKE _____ LIC. _____

COLOR _____ LOC. _____

---

# 190541

PARAGON PARKING, INC.
225 SOUTH LOS ANGELES ST.

---

**190691**

PARAGON PARKING, INC.

MAKE _____ LIC. _____

COLOR _____ LOC. _____

---

# 190691

PARAGON PARKING, INC.
225 SOUTH LOS ANGELES ST.

## Account Summary



| Trans. date | Post date | Description | Amount |
|---|---|---|---|

**Payments, Credits and Adjustments**

| | | | 5 |
| | | | 0 |
| | | | 5 |
| | | | 5 |

**Standard**

| Trans. date | Post date | Description | Amount |
|---|---|---|---|
| 10/18 | | | 9 |
| 10/20 | | | 6 |
| 10/20 | | | 0 |
| 10/20 | | | 3 |
| 10/20 | | | 9 |
| 10/20 | | | 8 |
| 10/20 | | | 9 |
| 10/21 | | | 0 |
| 10/21 | | | 3 |
| 10/22 | | | 9 |
| 10/22 | | | 1 |
| 10/22 | | | 8 |
| 10/23 | | | 3 |
| 10/23 | | | 0 |
| 10/23 | | | 3 |
| 10/23 | 10/23 | FEDEXOFFICE 00003608 CULVER CITY CA | $11.97 |
| 10/2 | | | $18.46 |
| 10/2 | | | 86.48 |
| 10/2 | | | $72.43 |
| 10/2 | | | $20.90 |
| 10/2 | | | $27.94 |
| 10/2 | | | $85.06 |
| 10/2 | | | $31.45 |
| 10/3 | | | $20.60 |
| 10/3 | | | $24.69 |
| 10/3 | | | $26.71 |
| 10/3 | | | $29.48 |
| 11/0 | | | $85.00 |
| 11/0 | | | $13.68 |
| 11/0 | | | $13.88 |
| 11/0 | | | $7.06 |
| 11/0 | | | $4.03 |
| 11/0 | | | $52.47 |
| 11/0 | | | $77.67 |
| 11/0 | | | $93.53 |
| 11/0 | | | $2.00 |
| 11/0 | | | $3.95 |
| 11/0 | | | $18.42 |
| 11/0 | | | $24.56 |
| 11/C | | | $1.50 |
| 11/C | | | $63.82 |
| 11/C | | | $73.32 |



**American Airlines**
**A'Advantage® Miles**

**A'Advantage® Miles Reported to American Airlines:** ▓▓▓▓▓

Purchase Miles   ▓▓▓▓

**Accumulated This Month**   ▓▓▓▓

» **Visit aa.com/aadvantage to redeem miles, book flights and much more**

American Airlines reserves the right to change the AAdvantage® program and its terms and conditions at any time without notice, and to end the AAdvantage® program with six months notice. Any such changes may affect your ability to use the awards or mileage credits that you have accumulated. Unless specified, AAdvantage miles earned through this promotion/offer do not count toward elite-status qualification or Million Miler[SM] status. American Airlines is not responsible for products or services offered by other participating companies. For complete details about the AAdvantage program, visit www.aa.com/aadvantage

AAdvantage, AAdvantage with Scissor Eagle design and Million Miler are marks of American Airlines, Inc.

**New Benefit: 25% savings on eligible in-flight purchases**

Receive 25% savings on in-flight food and beverage purchases when you use your Citi® / A'Advantage® card.*



*Citi® / AAdvantage® cardmembers will receive a 25% savings on in-flight purchases of food, beverages, and headsets on flights operated by American Airlines when purchased with their Citi® / Advantage® card. Offer is available on eligible flights as long as supplies last. Savings will appear as a statement credit 6-8 weeks after the transaction is posted to the cardmember's credit card account. Additional terms, conditions and restrictions may apply.



3GEN011812



```
==================================
    AIRPORT STA APC 1
       9029 AIRPORT    VD
     LOS ANGELES, CA 90009-9998

10/17/2012  NAJERA DEPO  05:06:23 PM
==================================

         Sales Receipt
                  Sale   Unit    Final
Product           Qty    Price   Price
Description
_____

WINNETKA, CA 91306               $5.20
Zone-1 Priority Mail®
 0 lb. 15.40 oz.
                              ==========
                                 $5.20
Issue Postage:
                              ==========
Total:                           $5.20
                              ==========

Paid by:                         $5.20
MasterCard
  Account #:    XXXXXXXXXXXX3063
  Approval #:   58402P
  Transaction #:  429
  23-902200005-99

APC Transaction #:       59
USPS® #             054501-9576

         Thanks.
  It's a pleasure to serve you.

ALL SALES FINAL ON STAMPS AND POSTAGE.
REFUNDS FOR GUARANTEED SERVICES ONLY.
```

Cost Advanced
NAjera

$5.20

client

✓ AO
2.5.13



**Directions to 1100 El Centro St, South Pasadena, CA 91030**
16.3 mi – about 28 mins

A  5711 W Slauson Ave, Culver City, CA 90230

| | | | |
|---|---|---|---|
| 1. | Head **east** on **W Slauson Ave** toward **Buckingham Pkwy** | go 0.7 mi | |
| | About 2 mins | total 0.7 mi | |
| 2. | Turn **left** on the **La Cienega Boulevard N** ramp | go 0.1 mi | |
| | About 1 min | total 0.8 mi | |
| 3. | Merge onto **S La Cienega Blvd** | go 2.9 mi | |
| | About 4 mins | total 3.6 mi | |
| 4. | Slight **right** onto **Fairfax Ave** | go 0.4 mi | |
| | About 2 mins | total 4.0 mi | |
| 5. | Slight **right** onto **W Washington Blvd** | go 381 ft | |
| | | total 4.1 mi | |
| 6. | Turn **right** onto the **Interstate 10 E** ramp | go 0.2 mi | |
| | | total 4.3 mi | |
| 7. | Merge onto **I-10 E** | go 5.1 mi | |
| | About 5 mins | total 9.4 mi | |
| 8. | Take exit **13B** on the left to merge onto **CA-110 N/State 110 N** toward **Pasadena** | go 9.2 mi | |
| | About 11 mins | total 18.6 mi | |
| 9. | Take exit **31A** for **Orange Grove Ave** | go 0.1 mi | |
| | | total 18.7 mi | |
| 10. | Turn **right** onto **Orange Grove Ave** | go 0.2 mi | |
| | About 59 secs | total 18.9 mi | |
| 11. | Turn **left** onto **Mission St** | go 0.3 mi | |
| | About 1 min | total 19.2 mi | |
| 12. | Take the 3rd **right** onto **Fairview Ave** | go 374 ft | |
| | | total 19.3 mi | |
| 13. | Take the 1st **left** onto **El Centro St** | go 148 ft | |
| | Destination will be on the left | total 19.3 mi | |

B  1100 El Centro St, South Pasadena, CA 91030

Trip Δ office

 Directions to 315 N Spring St, Los Angeles, CA 90012
12.5 mi – about 20 mins

Ⓐ 5711 W Slauson Ave, Culver City, CA 90230

| | | | |
|---|---|---|---|
| | 1. | Head **east** on **W Slauson Ave** toward **Buckingham Pkwy**<br>About 2 mins | go 0.7 mi<br>total 0.7 mi |
| ↰ | 2. | Turn left onto the **La Cienega Boulevard N** ramp<br>About 1 min | go 0.1 mi<br>total 0.8 mi |
| | 3. | Merge onto **S La Cienega Blvd**<br>About 4 mins | go 2.9 mi<br>total 3.6 mi |
| ↗ | 4. | Slight right onto **Fairfax Ave**<br>About 2 mins | go 0.4 mi<br>total 4.0 mi |
| ↗ | 5. | Slight right onto **W Washington Blvd** | go 381 ft<br>total 4.1 mi |
| ↱ | 6. | Turn right onto the **Interstate 10 E** ramp | go 0.2 mi<br>total 4.3 mi |
| 🔟 | 7. | Merge onto **I-10 E**<br>About 5 mins | go 5.1 mi<br>total 9.4 mi |
| 🔟₁₁₀ | 8. | Take exit **13B** on the left to merge onto **CA-110 N/State 110 N** toward **Pasadena**<br>About 3 mins | go 2.2 mi<br>total 11.7 mi |
| | 9. | Take the **U.S. 101** exit toward **Ventura/Interstate 5 S/Interstate 10 E/California 60 E** | go 0.1 mi<br>total 11.8 mi |
| 🔟₁₀₁ | 10. | Keep right at the fork, follow signs for **I-10/San Bernardino/I-5/Santa Ana** and merge onto **US-101 S** | go 0.4 mi<br>total 12.2 mi |
| ↗ | 11. | Take exit **2C** for **Broadway** | go 0.1 mi<br>total 12.3 mi |
| | 12. | Merge onto **W Aliso St** | go 394 ft<br>total 12.4 mi |
| ↱ | 13. | Turn right onto **N Spring St**<br>Destination will be on the right | go 381 ft<br>total 12.5 mi |

Ⓑ 315 N Spring St, Los Angeles, CA 90012

*Trips Court + Jail*



**Directions to 210 W Temple St, Los Angeles, CA 90012**
**12.5 mi – about 20 mins**

Ⓐ 5711 W Slauson Ave, Culver City, CA 90230

| | | |
|---|---|---|
| 1. | Head **east** on **W Slauson Ave** toward **Buckingham Pkwy**<br>About 2 mins | go 0.7 mi<br>total 0.7 mi |
| 2. | Turn left onto the **La Cienega Boulevard N** ramp<br>About 1 min | go 0.1 mi<br>total 0.8 mi |
| 3. | Merge onto **S La Cienega Blvd**<br>About 4 mins | go 2.9 mi<br>total 3.6 mi |
| 4. | Slight right onto **Fairfax Ave**<br>About 2 mins | go 0.4 mi<br>total 4.0 mi |
| 5. | Slight right onto **W Washington Blvd** | go 381 ft<br>total 4.1 mi |
| 6. | Turn right onto the **Interstate 10 E** ramp | go 0.2 mi<br>total 4.3 mi |
| 7. | Merge onto **I-10 E**<br>About 5 mins | go 5.1 mi<br>total 9.4 mi |
| 8. | Take exit **13B** on the left to merge onto **CA-110 N/State 110 N** toward **Pasadena**<br>About 3 mins | go 2.2 mi<br>total 11.7 mi |
| 9. | Take the **U.S. 101** exit toward **Ventura/Interstate 5 S/Interstate 10 E/California 60 E** | go 0.1 mi<br>total 11.8 mi |
| 10. | Keep right at the fork, follow signs for **I-10/San Bernardino/I-5/Santa Ana** and merge onto **US-101 S** | go 0.4 mi<br>total 12.2 mi |
| 11. | Take exit **2C** for **Broadway** | go 0.1 mi<br>total 12.3 mi |
| 12. | Turn right onto **N Broadway** | go 489 ft<br>total 12.4 mi |
| 13. | Take the 1st left onto **W Temple St**<br>Destination will be on the right | go 210 ft<br>total 12.5 mi |

Ⓑ 210 W Temple St, Los Angeles, CA 90012

RSP Trips Crim Court