# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF JONATHAN NAJERA, ANTONIA NAJERA AND ALFREDO NAJERA,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFF, et al.,<br><br>Defendants. | CASE NO. CV 12-03167-DMG (MRWx)<br><br>**FINAL JUDGMENT ON ATTORNEYS' FEES AND COSTS IN FAVOR OF PLAINTIFFS [DOC. # 78]** |

WHEREAS, on January 25, 2013, pursuant to Rule 68 of the Federal Rules of Civil Procedure, this Court entered a Partial Judgment [Doc. # 56] in favor of Plaintiffs THE ESTATE OF JONATHAN NAJERA, ANTONIA NAJERA and ALFREDO NAJERA (collectively "Plaintiffs") and against Defendant COUNTY OF LOS ANGELES (the "County"), and providing that Plaintiffs' counsel shall be awarded reasonable attorneys' fees and costs incurred prior to the date of the January 10, 2013 offer, as determined by the Court in accordance with 42 U.S.C. § 1988;

WHEREAS, Plaintiffs moved for an award of attorney's fees and costs, and

the County opposed Plaintiffs' Motion;

AND WHEREAS, on June 19, 2013, the Court issued an Order [Doc. # 78] on attorneys' fees and costs,

**NOW, IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

Plaintiffs are hereby awarded attorneys' fees in the amount of $312,578.49, to be apportioned as follows:

    a. R. Samuel Paz: $60,767.37;

    b. Sonia M. Mercado & Associates: $182,340.62;

    c. Law Offices of Mark Pachowicz: $69,470.50;

and,

Plaintiffs are awarded costs pursuant to 42 U.S.C. § 1988 in the amount of $4,321.29, to be apportioned as follows:

    d. Sonia M. Mercado & Associates: $2,277.65;

    e. Law Offices of Mark Pachowicz: $2,043.64.

DATED: August 9, 2013

                                    DOLLY M. GEE
                                    United States District Judge